AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WEE CARE CHILD CENTER, INC., et al.,**

        **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

vs.

**DOUGLAS E. LUMPKIN, et al.,**

**CASE NO.  C2-09-1059**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

        **Defendants.**

____ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 30, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 30, 2010

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk